**Order entered August 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00694-CV

## CITY OF DALLAS, Appellant

## V.

## STEVEN H. BLOCK AND PATRICE S. BLOCK, Appellees

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-10239**

## ORDER

Before the Court is the August 18, 2021 request of Melba Wright, Official Court Reporter of the 191st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 13, 2021**.

/s/   CRAIG SMITH
       JUSTICE